

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00439-CR

Enrique **GARCIA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2017-CRM-001083-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The reporter's record in this appeal was original due October 4, 2018. When no record was filed, this court issued a Rule 37.3 letter to the reporter, David J. Laurel, advising him the record was late and that he should file a notification of late record within ten days of the date of our letter or file the record within thirty days of the date of the letter. *See* TEX. R. APP. P. 37.3. Neither a notification or late record nor the reporter's record was filed. Accordingly, on November 27, 2018, we rendered an order requiring the court reporter to file the record in this court on or before December 27, 2018. We advised the reporter that if the record was not received by that date, we might order him to appear and show cause why he should not be held in contempt. Again, no record was filed and the reporter did not contact this court.

On January 2 and 3, 2019, the clerk's office of this court tried to reach Mr. Laurel by telephone, leaving voicemails instructing him to contact the court. Mr. Laurel did not contact the court. On January 4, 2019, the clerk's office finally spoke to Mr. Laurel about the status of the record. Mr. Laurel advised he would filed the record by the end of the day. However, no record was filed. On January 7, 2019, the clerk's office of this court again spoke with Mr. Laurel, who stated he was searching for two exhibits, but would filed by record by January 8, 2019. The clerk instructed Mr. Laurel that at a minimum he needed to file a notification of letter record immediately. In compliance with the clerk's instruction, Mr. Laurel filed a notification of late record on January 7, 2019. In that notification, Mr. Laurel advises that the record is "*almost* complete" and that he merely needs to "scan several additional exhibits." He asks that we give him until January 10, 2019 to file the record.

After review, we **GRANT** the requested extension and **ORDER** court reporter David J. Laurel to file the reporter's record in this court **on or before January 10, 2019**, which is ninety-eight days from the original due date. **Mr. Laurel is advised that no further extension of time to file the record will be granted without written proof of extraordinary circumstances. Mr. Laurel is further advised that if the record is not filed in this court on or before January 10, 2019, we may order him to appear and show cause why he should not be held in contempt.**

We further **order** the clerk of this court to serve a copy of this order on court reporter David J. Laurel by certified mail, return receipt requested and by first class United States mail, as well as by email or other methods. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, *id.* R. 35.3(c), we further **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court